# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| BLAIRSVILLE-SALTSBURG SCHOOL DISTRICT, | : No. 425 WAL 2014 |
| | : |
| | : |
| Petitioner | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| | : |
| v. | : |
| | : |
| | : |
| BLAIRSVILLE-SALTSBURG | : |
| EDUCATION ASSOCIATION, | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

AND NOW, this 11th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.